IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SUSAN BLOCK,
an individual,

       Plaintiff,

v.

CAPITAL ONE, N.A.,

       Defendant.
_____/

CASE NO.:

[formerly Circuit Court for the Sixth Circuit, Pasco County, Florida
[Case No. 2019CA003688CAAXWS]

## NOTICE OF REMOVAL

Defendant Capital One, N.A. ("Capital One"), hereby removes Case No. 2019CA003688CAAXWS from the County Court, Sixth Judicial Circuit, in and for Pasco County, Florida, to the United States District Court, Middle District of Florida, Tampa Division, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, and as grounds for their removal state as follows:

### I.  STATEMENT OF CASE[1]

1. On or about November 11, 2019, Plaintiff Susan Block ("Plaintiff") filed a Complaint in the County Court for the Sixth Judicial Circuit, in and for Pasco County, Florida, styled *Susan Block v. Capital One, N.A.,* Case No. 2019CA003688CAAXWS (the "State Court Action").

---

[1] A true and correct copy of the docket from the State Court Action is attached hereto as Exhibit A.

2. Although Plaintiff filed the Complaint on November 11, 2019, Plaintiff never served Capital One with a copy of the same.

3. On or about December 23, 2020, Plaintiff filed an Amended Complaint. A true and correct copy of the Amended Complaint is attached hereto as Exhibit B.

4. Capital One was served with a copy of the Amended Complaint on or about December 30, 2020.

5. Capital One has not taken any action in the State Court Action.

6. The Amended Complaint purports to assert causes of action based on the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* (the "TCPA").

## II.   FEDERAL QUESTION JURISDICTION PURSUANT TO 28 U.S.C. § 1331

7. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331, which provides: "[t]he district courts shall have original jurisdiction of all civil actions, arising under the Constitution, laws, or treaties of the United States." *See* 28 U.S.C. § 1331.

8. Plaintiff's alleged claim in the State Court Action arises pursuant to federal law, *i.e.*, the TCPA, 47 U.S.C. § 227 *et seq. See generally* Am. Compl. Thus, this action states a basis for original subject matter jurisdiction under 28 U.S.C. § 1331 and 47 U.S.C. § 227, and, therefore, this removal is pursuant to 28 U.S.C. § 1441(a).

## III.   ALL PROCEDURAL REQUIREMENTS FOR REMOVAL HAVE BEEN SATISFIED

9. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all pleadings, documents, and process from the State Court Action available to Capital One has been attached to this Notice of Removal.

10. Removal is timely in accordance with 28 U.S.C. § 1441(b). Specifically, this removal has been filed within thirty (30) days of service of the Amended Complaint upon Capital One.

11. Venue is proper in this Court pursuant to 28 U.S.C. § 1441(a) and 1446(a) because the United States District Court for the Middle District of Florida, Tampa Division, is the federal judicial district embracing the County Court for Pasco County, Florida.

12. Pursuant to 28 U.S.C. § 1446(d), Capital One will promptly file a copy of this Notice of Removal in the State Court Action and provide written notice of the removal to Plaintiff.

13. By filing this Notice of Removal, Capital One does not waive any objections it may have as to service, jurisdiction or venue, or any other defenses or objections it may have to this action. Capital One intends no admission of fact, law or liability by this Notice and expressly reserves all defenses, motions, and/or pleas.

14. If any questions arise as to the propriety of the removal of this action, Capital One requests the opportunity to submit a brief and present oral argument in support of its position that this case has been properly removed. *See Sierminski v. Transouth Fin. Corp.*, 216 F.3d 945, 949 (11th Cir. 2000).

Respectfully submitted,

Dated: January 29, 2021     BALLARD SPAHR LLP

/s/ *Jenny N. Perkins*
Jenny N. Perkins, Esq.
Florida Bar No. 77570
perkinsj@ballardspahr.com
1735 Market Street, 51st Fl
Philadelphia, PA 19103
Phone: (215) 864-8378

Fax: (215) 864-8999

*Attorneys for Defendant Capital One, N.A.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been furnished, via ECF and email upon the following:

Brendan R. Riley, Esq.
5435 Main Street
New Port Richey, FL 34652
T: (727) 312-3748
BRR@BetterCallBrendan.com

*Attorneys for Plaintiff*

                                              /s/ *Jenny N. Perkins*
                                              Jenny N. Perkins