**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

SUSAN BLOCK,

    Plaintiff,

v.                                        Case No: 8:21-CV-00227-WFJ-JSS

CAPITAL ONE, N.A.,

    Defendant.
_____/

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE
OF CLAIMS AGAINST CAPITAL ONE, N.A.**

COME NOW the Plaintiff, SUSAN BLOCK, and the Defendant, CAPITAL ONE, N.A., by and through undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P., would represent that this action has been resolved as to Plaintiff's claims against Defendant, and would request entry of an Order dismissing Plaintiff's claims against Defendant with prejudice, with each side to bear their own costs and attorney's fees.

RESPECTFULLY SUBMITTED THIS 11TH DAY OF JANUARY 2022,

| | |
|---|---|
| /s/ *Brendan Russell Riley* | /s/ *Jenny N. Perkins* |
| Brendan Russell Riley, FBN: 87954 | Jenny Perkins, FBN: 77570 |
| Riley Law Group | Ballard Spahr LLP |
| 5435 Main St. | 1735 Market Street, 51st Floor |
| New Port Richey, FL 34652 | Philadelphia, PA 19103 |
| P: (727) 312-3748 | P: (215) 864-8378 |
| F: (727) 350-9848 | F: (215) 864-8999 |
| brr@bettercallbrendan.com | perkinsj@ballardspahr.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Capital One, N.A.* |